**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOPHASON SOM,

    Petitioner,

v.

MIKE S. EVANS, Warden,

    Respondent.

                                              /

No. C 07-3181 PJH (PR)

**ORDER OF TRANSFER**

    This is a habeas case filed pro se by a state prisoner. Petitioner sent it to the United States Court of Appeals for the Ninth Circuit, which forwarded it here.

    Petitioner seeks to challenge a conviction obtained in the Superior Court in and for San Joaquin County. San Joaquin County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at Salinas Valley State Prison, which is in this district. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), so venue here is not incorrect; however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because petitioner was convicted in San Joaquin County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

    **IT IS SO ORDERED.**

Dated: June 27, 2007.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\HC.07\SOM181.TRN