UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAON SOM,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MIKE S. EVANS,<br><br>　　　　　　Respondent.<br>_____/ | Case Number: CV07-03181 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sophaon Som T-95130
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: June 27, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk